**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JAMES MATTHEWS,

                      Plaintiff,

      -against-                                      20 **CIVIL** 10953 (PKC)

                                                          **JUDGMENT**

THE CITY OF NEW YORK, et al.,

                      Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated August 12, 2021, Because the plaintiff's inaction has substantially delayed the case and continues to prejudice defendants, dismissal is warranted. Plaintiff was expressly placed on notice that "THE ACTION WILL BE DISMISSED WITH PREJUDICE" and the Court concludes that lesser sanctions would not be efficacious. Defendants motion to dismiss for failure to prosecute, therefore is granted. Judgment is entered for defendants, and the case is closed.

**Dated:**  New York, New York

      August 12, 2021

                                                               **RUBY J. KRAJICK**

                                                                 **Clerk of Court**
                                   **BY:**

                                                                  **Deputy Clerk**